AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. 1028(a)(6):
Unauthorized possession of an authentication feature of the United States

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum Prison Term: One year
Maximum Fine: $100,000
Mandatory Special Assessment: $25

**DEFENDANT - U.S.**
▶ Christopher R. Chan

**DISTRICT COURT NUMBER**
CR 07 0480

MAG

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

United States Postal Service Office of Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution
San Mateo County

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  DEREK OWENS

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11               SAN FRANCISCO DIVISION

                    CR  07        0480   MAG

13 | UNITED STATES OF AMERICA,         ) No.
14 |     Plaintiff,                    )
   |                                   ) VIOLATIONS: Title 18, United States
   |                                   ) Code § 1028(a)(6) – Unauthorized
15 |     v.                            ) Possession of an Authentication Feature of
   |                                   ) the United States (Class A Misdemeanor)
16 | CHRISTOPHER R. CHAN,              )
   |                                   )
17 |     Defendant.                    ) SAN FRANCISCO VENUE
   |                                   )
18 |_____)
19
20
21                    INFORMATION
22  The United States Attorney charges:
23     On or about January 3, 2007, in the Northern District of California, the defendant,
24                    CHRISTOPHER R. CHAN,
25  knowingly possessed an identification document or authentication feature, to wit: a Social
26  Security Number belonging to another, that was or appeared to be an identification document or
27  authentication feature of the United States which was stolen or produced without lawful authority
28  knowing that such document or feature was stolen or produced without such authority, in

INFORMATION                    Page 1 of 2

1 | violation of Title 18, United States Code § 1028(a)(6), a Class A Misdemeanor.
2 |
3 | DATED: __7/23/07__                    SCOTT N. SCHOOLS
4 |                                       United States Attorney
5 |
6 |                                       _____
7 |                                       GREGG W. LOWDER
                                          Deputy Chief, Major Crimes Section
8 | (Approved as to form: _____ )
9 |                       DEREK R. OWENS
                          Assistant United States Attorney

INFORMATION                          Page 2 of 2