SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Facsimile:  (415) 436-7234
    E-mail: derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0480 MAG |
|     Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| CHRISTOPHER R. CHAN, ) | |
|     Defendant. ) | |

    Based on the facts set forth in the Declaration of Joshua M. Templet in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Christopher R. Chan, 796 Clarinda Avenue, Daly City, CA 94015. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated:   7/25/2007                              /s/ Derek Owens
                                                        DEREK R. OWENS
                                                        Assistant United States Attorney