SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0480 MAG |
|     Plaintiff, | ) | |
| v. | ) | **DECLARATION OF JOSHUA M. TEMPLET IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| CHRISTOPHER R. CHAN, | ) | |
|     Defendant. | ) | |

I, Joshua M. Templet, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from officers employed by the United States Postal Service Office of Inspector General.

2. On January 15, 2007, the Chase Bank fraud department informed Arnel Que that it had received a response to a credit card solicitation mailed to him at Parkside Station post office, 1800 Taraval Street, San Francisco, CA. Chase had issued the credit card and mailed it to the same address. The fraud department told Que that it suspected the credit card had been obtained fraudulently when the cardholder, calling to inquire why an ATM cash withdrawal did not process, was unable to verify account details.

3. On January 26, 2007, San Francisco Postmaster Noemi Luna contacted USPS Office of Inspector General Special Agent Walter McDonell, reporting that an unknown employee at Parkside Station had intercepted a credit card application addressed to a former employee there, Que, and had obtained a credit card in Que's name.

4. On January 29, 2007, Agent McDonell contacted Chase Bank. Chase records indicated that the credit card was issued on January 3, 2007 in Arnel Que's name. The online application contained Que's name, Social Security Number, date of birth, and home telephone number. The card had been used in four transactions, including a $200 withdrawl from an automated teller machine (ATM) at Serra Bowl bowling alley, 3301 Junipero Serra Blvd., Daly City, CA, at 4:37 pm on January 12, and another attempted withdrawl from the same ATM at 3:35 pm on January 13.

5. On January 30, 2007, Agent McDonell met with Greg Naumann, who managed the security system at Serra Bowl. Naumann informed Agent McDonell that the bowling alley surveillance cameras captured the same individual, a short Asian male, as the only individual at the ATM at the dates and times of the two ATM withdrawls. A security camera also captured the same individual exiting through the locker room shortly after the withdrawal times.

6. Agent McDonell contacted Serra Bowl Assistant Manager Weisenweber on January 30, 2007, and Weisenweber indicated that he knew the individual as Chris Chan. Weisenweber provided Agent McDonell with registration forms filled out by Chan. On the forms, Chan listed his date of birth as 9/26/1972, and his home address as 796 Clarinda Avenue, Daly City, CA 94105. Postal Service employee records revealed an employee named Christopher R. Chan, with the same date of birth and address. Chan had been a USPS employee since 1993 and had been working as a 204b acting supervisor at the Parkside Station since September 2005.

7. On February 13, 2007, USPS Office of Inspector General Special Agent McDonell and Special Agent Corey Dunphy interviewed Chan at Parkside Station.

8. Chan admitted that he had obtained Que's personal information, including his Social Security Number, from a file in the manager's office of Parkside Station. Chan also admitted

that he used the information to apply for a Chase credit card, which he used to obtain $200 from the ATM at Serra Bowl.

9. Chan admitted that he was motivated by financial need, because he was having trouble paying the monthly minimum payments on his $20,000 credit card balance. Chan also admitted being motivated by his desire for revenge against Que, whom he had suspected of engaging in inappropriate behavior with his wife.

10. Chan requested that Agent McDonell prepare a written statement, summarizing the interview, which Chan reviewed and signed.

11. Prior to the interview, Chan executed a *Garrity Warning: Acknowledgement of Rights* form, and the agents advised Chan that he was free to leave and that he did not have to speak with them.

12. Based on the facts and information detailed in this declaration, I believe probable cause exists that Christopher R. Chan knowingly possessed an identification feature of the United States which was stolen or produced without authorization in violation of 18 U.S.C. § 1028(a)(6), when he took Que's Social Security Number from the manager's office file in Parkside Station and used it to apply for and use a credit card in Chan's name.

13. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed July 26, 2007 at San Francisco, California.

      7/25/2007
DATED: _____     Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

    /s/ Josh Templet
_____
JOSHUA M. TEMPLET
Law Clerk
United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07-0480MAG    -3-