SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER R. CHAN, ) <br> ) <br> Defendant. ) <br> ) | Case No. CR 07-0480 MAG <br><br> **[PROPOSED] ORDER FOR SUMMONS** |

Having reviewed the Declaration of Joshua M. Templet, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Christopher R. Chan, 796 Clarinda Avenue, Daly City, CA 94015, to appear on Friday, August 3, 2007 at 9:30 am before Magistrate Judge Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____         _____
                                    JAMES LARSON
                                    United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0480 MAG