1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

9           UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA
11              SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0480 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER FOR SUMMONS |
| CHRISTOPHER R. CHAN, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Joshua M. Templet, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Christopher R. Chan, 796 Clarinda Avenue, Daly City, CA 94015, to appear on Friday, August 3, 2007 at 9:30 am before Magistrate Judge Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: July 26, 2007

JAMES LARSON
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0480 MAG