SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234
    E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0480 MAG |
| ) | |
| Plaintiff, ) | |
| ) | **PETITION FOR WRIT OF HABEAS** |
| v. ) | **CORPUS AD PROSEQUENDUM** |
| ) | |
| CHRISTOPHER R. CHAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    To the Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Christopher R. Chan, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is required to appear in the above-entitled matter in this Court, and therefore petitioner

//
//
//
//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0480 MAG

requests that this Court issue the Writ as presented.

DATED: 9/11/07

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
WENDY THOMAS
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:  Sept. 11, 2007



HON.
United

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0480 MAG
2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the Maguire Correctional Facility, 300 Bradford Street, Redwood City, California 94063.

**GREETINGS**

The prisoner, Christopher R. Chan, Booking Jail # 0569068, County Identification # 1126565, is in custody in the above-referenced institution. He is required to appear on September 21, 2007 on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that on September 21, 2007, at 10:30 a.m., you have and produce the body of Christopher R. Chan, Booking Jail # 0569068, County Identification # 1126565, in your custody in the above-referenced institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Joseph C. Spero, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so Christopher R. Chan may then and there appear for prosecution upon the charges filed against him in the above-captioned case. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

//
//
//
//
//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0480 MAG

//

WITNESS the Honorable Joseph C. Spero, United States Chief Magistrate Judge of the United States District Court for the Northern District of California.

DATED: 09/12/07

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Karen L. How*

DEPUTY CLERK