1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue
San Francisco, California  94102
7 | Telephone: (415) 436-6809
Facsimile: (415) 436-7234
8 | E-Mail: wendy.thomas@usdoj.gov

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07 0480 MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 7, 2007 TO SEPTEMBER 21, 2007** |
| v. | ) | |
| CHRISTOPHER R. CHAN, | ) | |
| Defendant. | ) | |
| | ) | |

The parties appeared before the Honorable Joseph C. Spero on September 7, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 7, 2007 to September 21, 2007, in light of the unavailability of the defendant. 18 U.S.C. § 3161(h)(3)(A).

2. Given the circumstances, the Court found that the ends of justice served by excluding the period from September 7, 2007 to September 21, 2007, outweigh the best interest of the

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07 0480 MAG**

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from September 7, 2007 to September 21, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(3)(A).

    IT IS SO STIPULATED.

DATED: 9/18/07                          /s/
                                           SEAN A. NICHOLSON
                                           Counsel for Christopher R. Chan

DATED: 9/12/07                          /s/
                                           WENDY THOMAS
                                           Special Assistant U.S. Attorney

    IT IS SO ORDERED.

DATED:_____                                      
                                           THE HON. JOSEPH C. SPERO
                                           United States Magistrate Judge