SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Criminal No. CR 07 0480 MAG |
| Plaintiff,       ) | |
| ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 7, 2007 TO SEPTEMBER 21, 2007 |
| v.       ) | |
| CHRISTOPHER R. CHAN,       ) | |
| Defendant.       ) | |
| _____) | |

    The parties appeared before the Honorable Joseph C. Spero on September 7, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 7, 2007 to September 21, 2007, in light of the unavailability of the defendant. 18 U.S.C. § 3161(h)(3)(A).

    2. Given the circumstances, the Court found that the ends of justice served by excluding the period from September 7, 2007 to September 21, 2007, outweigh the best interest of the

[~~PROPOSED~~[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07 0480 MAG

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

       3. Accordingly, and with the consent of the defendant, the Court ordered that the period from September 7, 2007 to September 21, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(3)(A).

       IT IS SO STIPULATED.

DATED: 9/18/07  
                                             /s/  
                                    SEAN A. NICHOLSON  
                                    Counsel for Christopher R. Chan

DATED: 9/12/07  
                                             /s/  
                                    WENDY THOMAS  
                                    Special Assistant U.S. Attorney

       IT IS SO ORDERED.

DATED: 10/03/07



THE HONORABLE JOSEPH C. SPERO  
United States Magistrate Judge

**[PROPOSED] ORDER AND  
STIPULATION EXCLUDING TIME  
CR 07 0480 MAG**       2