01/31/2008 01:57 PM EDT

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN307CR000480 | | US V CHAN | | | | | | | |
| 001 | CHRISTOPHER R. CHAN | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611014802 | 1 | PR | 25.00 | 01/22/2008 |
| 001 | CHRISTOPHER R. CHAN | 6855XX | VICTIM RESTITUTION | 202.00 | 0.00 | CT 34611014802 | 2 | PR | 202.00 | 01/22/2008 |
| | | | | | | | | Division Payment Total | 227.00 | |
| | | | | | | | | Grand Total | 227.00 | |

Page 1 of 1

CR 07-480

$ 25.00  SPECIAL ASSESSMENT
         PAID IN FULL     M 1-22-08

$ 202.00 RESTITUTION
         PAID IN FULL     M 1-22-08